# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 26-20 |
| v. | : | DATE FILED: 1/8/26 |
| **IVAN JOSUE RUIZ-HERNANDEZ,** a/k/a "Josue Ivan" | : | VIOLATION: 8 U.S.C. § 1326(a), (b)(1) |
| | : | (reentry after deportation-1 count) |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about June 2, 2020, in the Eastern District of Pennsylvania, defendant

**IVAN JOSUE RUIZ-HERNANDEZ,**
a/k/a "Josue Ivan,"

an alien, and native and citizen of Honduras, who had previously been deported and removed from the United States on or about January 13, 2014 and August 30, 2018, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or her successor to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a), (b)(1).

*Christine E. Ayers for*
**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

IVAN JOSUE RUIZ-HERNANDEZ,
a/k/a "Josue Ivan"

INFORMATION

Count
**8 U.S.C. § 1326(a), (b)(1) (reentry after deportation – 1 count)**

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____